UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Patty Boe, on behalf of herself and all others similarly situated,

Plaintiff,

Civil Case No. CIVIL 02-812 JMR/RLE

vs.

Bristol-Myers Squibb Company,

Defendant.

**STIPULATION EXTENDING TIME TO ANSWER, MOVE OR PLEAD AND ORDER**

Pursuant to Federal Rule Civ. P. 6, Plaintiff and Defendant, through their respective undersigned attorneys, hereby stipulate that Defendant shall have until **June 6, 2002**, to file an answer, motion or other pleading in response to Plaintiff's Complaint.

Following service of the Complaint, defendant needed to find Minnesota counsel for representation in this matter and will need additional time to forward relevant information to its attorneys for responding to the Complaint. There have been no prior stipulated extensions.

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By [signature]

Richard A. Lockridge (64117)
Hugh V. Plunkett (87282)
Robert K. Shelquist (21310X)
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
Tel: (612) 339-6900
Fax: (612) 339-0981

(2) (3)

FILED MAY 0 6 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ZIMMERMAN REED, P.L.L.P.
Charles S. Zimmerman (120054)
Robert R. Hopper (208760)
Ronald S. Goldser (35932)
901 North Third Street, Suite 100
Minneapolis, Minnesota 55401
Tel: (612) 341-0400

THE MCEWEN LAW FIRM P.L.L.C.
Greg McEwen
1600 Pioneer Building
336 North Robert Street
St. Paul, Minnesota 555101
Tel: (651) 224-3833
Fax: (651) 223-5790
**Counsel for Plaintiff**

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By [signature]
Richard J. Nygaard (80226)
Angela M. Beranek (293143)
333 South Seventh Street
Suite 2000
Minneapolis, Minnesota 55402
Tel: (612) 340-7912/8991
Fax: (612) 340-7900
**Counsel for Defendant**

DATED: 5-6, 2002

**ORDER**

Based upon the foregoing statements and Stipulation, IT IS ORDERED that defendant has until June 6, 2002, to answer, move or otherwise plead in response to plaintiff's Complaint.

DATED: 5/6/02, 2002

[signature]
The Honorable Raymond L. Erickson
United States Magistrate Judge